[Cite as *Kennedy v. Kennedy*, 2023-Ohio-3691.]

# IN THE COURT OF APPEALS OF OHIO
## ELEVENTH APPELLATE DISTRICT
## GEAUGA COUNTY

BRIAN KENNEDY,

      Petitioner-Appellee,

  - vs -

ALEA R. KENNEDY,

      Respondent-Appellant.

CASE NO. 2023-G-0024

Civil Appeal from the
Court of Common Pleas

Trial Court No. 2022 DK 000080

---

## M E M O R A N D U M
## O P I N I O N

Decided: October 10, 2023
Judgment: Appeal dismissed

---

*Deanna L. DiPetta* and *Kathryn E, Meloni*, Meyers, Roman, Friedberg & Lewis, 28601 Chagrin Boulevard, Suite 600, Cleveland, OH 44122 (For Petitioner-Appellee).

*Alea R. Kennedy,* pro se, 4550 East Cherry Creek Drive, S., No. 407, Glendale, CO 80246 (Respondent-Appellant).

*John H. Lawson,* Prospect Park Building, 4614 Prospect Avenue, Suite 323, Cleveland, OH 44103 (Guardian Ad Litem).

JOHN J. EKLUND, P.J.

{¶1}    Appellant, Alea R. Kennedy, filed a pro se appeal in the Geauga County Court of Common Pleas on August 8, 2023, but no entry was attached to her notice.

{¶2}    Appellee, Brian Kennedy, through counsel, filed a motion to dismiss the appeal indicating that "it is unclear exactly *what* Appellant is attempting to appeal based on her Notice of Appeal."

{¶3} The trial court docket reveals that on February 9, 2022, appellee filed a foreign court decree with the trial court.

{¶4} Pursuant to App.R. 3(D) and Loc.R. 3(C)(2), an appellant is required to attach to the notice of appeal a copy of the judgment entry being appealed or the appellate court may dismiss the appeal. *Hogya v. Hogya*, 11th Dist. Lake No. 2022-L-051, 2022-Ohio-2465, ¶ 3. Here, appellant did not attach the judgment entry being appealed to her notice of appeal. However, on her notice of appeal, appellant indicates that she is appealing from the "trial court Judgment Entry time-stamped 5/17/23-5/18/23 * * * Standing Orders 22DR000080." The docket reveals that on May 17, 2023, the trial court issued a magistrate's order regarding the appointment of a guardian ad litem. A further review of the docket does not reveal an entry issued on May 18, 2023, and does not show any entries that appear to be final and appealable under R.C. 2505.02.

{¶5} Based on the foregoing, appellee's motion to dismiss is granted, and this appeal is dismissed.

{¶6} Appeal dismissed.

MATT LYNCH, J.,

EUGENE A. LUCCI, J.,

concur.

2

Case No. 2023-G-0024